262 So.2d 786

**STATE of Louisiana ex rel. Willie Joseph LeBLANC**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52545.

June 13, 1972.

Application not considered. Relator has not attached the proceeding held in the district court at the evidentiary hearing.

■

262 So.2d 786

**STATE of Louisiana ex rel. Rudolph E. HARRISON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52534.

June 13, 1972.

TATE, J., concurs in the denial, for reasons stated by the majority. He additionally notes that certain allegations were made for the first time in this Court, which (not having been presented to and passed on by the trial court) were correctly not considered by us.